LAW LIBRARY

NO. 28784

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

Cr. Nos. 06-1-1807 and 07-1-0115
STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

HENRY PONCE JACINTO CALUCAG, JR., aka Hank Jacinto,
Petitioner/Defendant-Appellant.

2010 JUL 19 PM 2:11 JEAN KIKUMOTO CLERK APPELLATE COURTS STATE OF HAWAII FILED

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NOS. 06-1-1807 & 07-1-0115))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on June 7, 2010, is hereby rejected.

DATED:  Honolulu, Hawai‘i, July 19, 2010.

FOR THE COURT:

*James E. Duffy Jr.*
Associate Justice



James S. Tabe,
Deputy Public Defender,
for petitioner/defendant-
appellant on the application

Brian R. Vincent,
Deputy Prosecuting Attorney,
for respondent/plaintiff-
appellee on the response

---

[1] Considered by:  Nakayama, Acting C.J., Acoba and Duffy, JJ., Circuit Judge Perkins, in place of Moon, C.J., recused, and Circuit Judge Ahn, in place of Recktenwald, J., recused.